UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL JOSEPH CONCANNON,

    Plaintiff,

v.                                                                    Case No. 6:18-cv-2093-Orl-37KRS

INTERNATIONAL CRUISE &
EXCURSIONS,

    Defendant.
_____

## ORDER

*Pro se* Plaintiff Michael Joseph Concannon ("**Concannon**") initiated this employment discrimination action against Defendant on December 5, 2018. (*See* Doc. 1 ("**Complaint**").) Concannon also filed a motion to proceed *in forma pauperis* (Doc. 2 ("**IFP Motion**").) On referral, U.S. Magistrate Judge Karla R. Spaulding recommends denying the IFP Motion and dismissing the Complaint without prejudice for failure to state a federal claim and declining to exercise supplemental jurisdiction over the state law ordinance claim. (Doc. 6, pp. 4–9 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 6) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

3. Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

4. On or before Friday, **February 22, 2019**, Plaintiff Michael Joseph Concannon may file an amended complaint along with a renewed motion to proceed *in forma pauperis*. Failure to timely file an amended complaint may result in closure of the file without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 8, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party