UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL JOSEPH CONCANNON,

    Plaintiff,

v.                                               Case No. 6:18-cv-2093-Orl-37KRS

INTERNATIONAL CRUISE &
EXCURSIONS,

    Defendant.

## ORDER

On March 26, 2019, Plaintiff, proceeding *pro se*, filed a second amended complaint. (Doc. 14 ("**Second Amended Complaint**").) And on March 27, 2019, Plaintiff filed a motion to proceed *in forma pauperis*. (Doc. 15 ("**IFP Motion**")). On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends terminating the IFP Motion and dismissing the Second Amended Complaint without prejudice for failure to state a claim and as an impermissible shotgun pleading, permitting Concannon to file another amended complaint and renewed motion to proceed *in forma pauperis*. (Doc. 16 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 16) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The First Amended Complaint and Demand for Jury Trial (Doc. 14) is **DISMISSED WITHOUT PREJUDICE.**

3. The Clerk is **DIRECTED** to **TERMINATE** Plaintiff's motion to proceed *in forma pauperis* (Doc. 15).

4. On or before Friday, **May 10, 2019**, Plaintiff Michael Joseph Concannon may file a third amended complaint to cure the deficiencies outlined in the R&R along with a renewed motion to proceed *in forma pauperis*. Failure to timely file an amended complaint will result in closure of the file without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 23, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party